NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3031

LORENZO POBLETE,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0831080325-I-1.

ON MOTION

ORDER

Upon consideration of Lorenzo Poblete's motion for leave to proceed in forma pauperis,

IT IS ORDERED THAT:

The motion is granted. The mandate will be recalled, the court's November 25, 2008 dismissal order will be vacated, and the petition will be reinstated, if Poblete files his informal brief within 30 days of the date of filing of this order.

FOR THE COURT

**FEB  9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lorenzo Poblete
    Roger A. Hipp, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 09 2009

JAN HORBALY
CLERK